# Exhibit A

Division of Corporations



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Foreign Profit Corporation
FIDELITY INVESTMENTS LIFE INSURANCE COMPANY

**Filing Information**

| | |
|---|---|
| **Document Number** | P02589 |
| **FEI/EIN Number** | 23-2164784 |
| **Date Filed** | 07/03/1984 |
| **State** | UT |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 04/08/1993 |
| **Event Effective Date** | NONE |

**Principal Address**

49 NORTH 400 WEST
6th Floor
SALT LAKE CITY, UT 84101

Changed: 02/16/2021

**Mailing Address**

900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Changed: 01/18/2019

**Registered Agent Name & Address**

Warrick, Lance
PO-BOX 6200 (32314-6200)
200 E. GAINES ST
TALLAHASSEE, FL 32399-0000

Name Changed: 04/13/2016

Address Changed: 04/13/2016

**Officer/Director Detail**

**Name & Address**

Title Treasurer

MEI, MILES
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Title Secretary, General Counsel

Warrick, Lance Aldan
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Title President

Golino, David Anthony
900 Salem Street
Mail Zone OT1W2
Smithfield, RI 02917

Title CFO

Golino, David Anthony
900 Salem Street, OT1W2
Smithfield, RI 02917

Title Actuary

Leach, Robert Kevin
900 Salem Street
Mailzone OT1W2
Smithfield, RI 02917

Title Other

Andrea, James Francis, Jr.
900 Salem Street
Mail Zone OT1W2
Smithfield, RI 02917

Title Other

Robert, Regan Gerard
900 Salem Street
Mail Zone OT1W2
Smithfield, RI 02917

Title Other

Leary, Brian Neil
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Title Other

Trivedi, Deepa Rao
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Title Other

Rowland, Richard Scott
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Title Director

Jamieson, Jane Palestine
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Title Director

Johnson, William Joseph, Jr.
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Title Director

Prior, Nancy Delia
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Title Director

MacKay, Malcolm
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Title Director

Rohda, Rodney Raymond
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Title Director

Vargo, David James
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Title Director

John, Wendy Eloise
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Title Director

Servison, Roger Theodore
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Title Director

Compson, Richard Gray
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Title Director

Dunn, Kathryn Ann
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

Title Director

Litle, Robert William
900 SALEM STREET, OT1W2
SMITHFIELD, RI 02917

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2022 | 02/17/2022 |
| 2023 | 01/31/2023 |
| 2024 | 03/07/2024 |

**Document Images**

| | |
| --- | --- |
| 03/07/2024 -- ANNUAL REPORT | View image in PDF format |
| 01/31/2023 -- ANNUAL REPORT | View image in PDF format |
| 02/17/2022 -- ANNUAL REPORT | View image in PDF format |
| 02/16/2021 -- ANNUAL REPORT | View image in PDF format |
| 04/03/2020 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/16/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/11/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/13/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2016 -- Reg. Agent Change | View image in PDF format |
| 02/23/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/18/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/10/2012 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2011 -- ANNUAL REPORT | View image in PDF format |
| 01/27/2010 -- ANNUAL REPORT | View image in PDF format |
| 02/19/2009 -- Dom/For AR | View image in PDF format |

| | |
|---|---|
| 03/03/2008 -- ANNUAL REPORT | View image in PDF format |
| 02/27/2007 -- ANNUAL REPORT | View image in PDF format |
| 08/17/2006 -- ANNUAL REPORT | View image in PDF format |
| 03/10/2005 -- ANNUAL REPORT | View image in PDF format |
| 03/02/2004 -- ANNUAL REPORT | View image in PDF format |
| 03/03/2003 -- ANNUAL REPORT | View image in PDF format |
| 04/01/2002 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2001 -- ANNUAL REPORT | View image in PDF format |
| 02/22/2000 -- ANNUAL REPORT | View image in PDF format |
| 06/07/1999 -- ANNUAL REPORT | View image in PDF format |
| 07/01/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/06/1997 -- ANNUAL REPORT | View image in PDF format |
| 01/23/1997 -- ANNUAL REPORT | View image in PDF format |
| 03/06/1996 -- ANNUAL REPORT | View image in PDF format |
| 06/26/1995 -- ANNUAL REPORT | View image in PDF format |