**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**KONRAD REINHART,**

     **Plaintiff,**                          **1:24-cv-123-AW-MJF**

**v.**

**FIDELITY INVESTMENTS LIFE**
**INSURANCE COMPANY and INFOSYS**
**MCCAMISH SYSTEMS, LLC,**

     **Defendants.**
_____/

**JOINT DISCOVERY REPORT**

COME NOW the undersigned parties, pursuant to his Court's initial scheduling Order, and hereby provide the following status updates on Discovery in this matter:

1. **Plaintiff Reinhart Discovery Status:**

   Plaintiff has conferred with opposing counsel regarding the discovery schedule and is preparing mandatory initial disclosures per Rule 26.

2. **Defendant FILI Discovery Status:**

   FILI has conferred with counsel for Plaintiff and Defendant McCamish regarding the discovery schedule and is preparing mandatory initial disclosures per Rule 26.

3. **Defendant McCamish Discovery Status**:

McCamish has conferred with counsel for Plaintiff and Defendant FILI regarding the discovery schedule and is preparing mandatory initial disclosures per Rule 26.

Respectfully submitted, this 23rd   day of August, 2024.


GLASSMAN & ZISSIMOPULOS LAW          HOLLAND & KNIGHT LLP

*/s/    Jesse Smith, Esq.*          */s/    Suzanne Gilbert*
JESSE SMITH, ESQ.          Suzanne E. Gilbert, Esquire
Fla. Bar No.: 0033518          Florida Bar No. 94048
Jesse@putclientsfirst.com          suzanne.gilbert@hklaw.com
804 NW 16th Avenue, Suite B          Brian A. McDowell, Esquire
Gainesville, FL 32601          Florida Bar No. 765521
Telephone: (352) 505-4515          brian.mcdowell@hklaw.com
Telephone: (352) 505-4515          Garrison M. Cohen, Esquire
Facsimile: (352) 505-4516          Florida Bar No. 1002390
*Attorneys for Plaintiff*          garrison.cohen@hklaw.com
          200 South Orange Avenue, Ste. 2600
          Orlando, FL 32801
          Telephone: (407) 244-1165
          Fax:  (407) 244-5288
          *Attorneys for Fidelity Investments Life*
          *Insurance Company*

KELLEY DRYE & WARREN LLP

*/s/ Philip D. Robben*
Philip D. Robben (*pro hac vice*)
Aaron J. Gold (*pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
probben@kelleydrye.com
agold@kelleydrye.com

*Counsel for Defendant Infosys
McCamish Systems LLC*