IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KONRAD REINHART,**

    **Plaintiff,**

**v.**                                                  Case No. 1:24-cv-123-AW-MJF

**FIDELITY INVESTMENTS LIFE
INSURANCE COMPANY and INFOSYS
MCCAMISH SYSTEMS, LLC,**

    **Defendants.**

_____/

## **ORDER OF DISMISSAL**

Plaintiff filed this action with counsel, but the court later granted counsel leave to withdraw. ECF No. 23. No new counsel appeared, so Plaintiff was proceeding pro se. *Id*. The court directed Plaintiff to respond to the pending motions to dismiss and explained that the court would construe his failure to do so as his abandoning the case. *Id.* Plaintiff still has not responded to the motions to dismiss.

It appears Plaintiff has indeed abandoned his case. Moreover, even if he has not, dismissal would be warranted based on his failure to comply with a court order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

1

SO ORDERED on October 7, 2024.

                                                s/ *Allen Winsor*
                                                United States District Judge